Del W. Harrington, C. W. Smith, and J. M. Deaver, all of El Paso, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The appellant was charged in the corporation court of the city of El Paso, Tex., with the offense of violating the traffic laws of said city. Upon the trial he was convicted and his punishment assessed at a fine of $100, from which said judgment of conviction he appealed to the county court of El Paso county, where, upon a trial in said court, he was again convicted and his punishment assessed at a fine of $75, from which said judgment of conviction he sought to appeal to this court.

Article 53, C. C. P., reads as follows: "The Court of Criminal Appeals shall have appellate jurisdiction coextensive with the limits of the State in all criminal cases. This article shall not be so construed as to embrace any case which has been appealed from any inferior court to the county court or county court at law, in which the fine imposed by the county court or county court at law shall not exceed one hundred dollars." This article of the statute has many times been construed by this court. See Neubauer v. State, 31 Tex. Cr. R. 513, 21 S. W. 363; Lindley v. State (Tex. Cr. App.) 55 S.W.(2d) 846; Ragsdale v. State, 120 Tex. Cr. R. 63, 47 S.W.(2d) 278; McCloudy v. State, 119 Tex. Cr. R. 623, 45 S.W. (2d) 207.

It is quite evident from the article of the Code of Criminal Procedure hereinabove quoted and the decisions hereinabove referred to that this court has not jurisdiction of this case, and therefore the appeal is dismissed for want of jurisdiction.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## CUELLAR et al. v. STATE.
### No. 17029.

Court of Criminal Appeals of Texas.
Nov. 21, 1934.

G. N. Brubaker, of San Marcos, for appellants.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is murder; the punishment, confinement in the penitentiary for life.

The trial was had in Hays county on a change of venue from Hidalgo county.

The record is before us without a statement of facts or bills of exception. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.